| | |
|---|---|
| Philip McGrady | Richard J. (Rex) Burch |
| MCGRADY LAW FIRM | BRUCKNER BURCH PLLC |
| P.O. Box 40 | 8 Greenway Plaza, Suite 1500 |
| Park City, Montana 59063 | Houston, Texas 77046 |
| 406-322-8647 (phone) | (713) 877-8788 (Telephone) |
| 406-322-8649 (fax) | (713) 877-8065 (Fax) |
| philip@mcgradylawfirm.com | rburch@brucknerburch.com |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| BROCK BAKER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNBURST CONSULTING, INC.,<br><br>Defendant. | Case No. 1:16-cv-00124-SPW-CSO<br><br><br><br>**PLAINTIFF'S NOTICE OF FILING CONSENT** |

Plaintiff hereby submits the attached notice(s) of consent:

1. Alexa Guttormson.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: **/s/ Rex Burch**
_____
Richard J. (Rex) Burch

**AND**

**MCGRADY LAW FIRM**

By: **/s/ Philip McGrady**
_____
Philip McGrady

## CERTIFICATE OF CONFERENCE

This filing does not seek an order from, nor require any action by, the Court. Accordingly, no certificate of conference is required.

**/s/ Rex Burch**
_____
Richard J. (Rex) Burch

## CERTIFICATE OF SERVICE

On October 18, 2016, I served this document via the Court's ECF system.

**/s/ Rex Burch**
_____
Richard J. (Rex) Burch

## CONSENT TO JOIN WAGE CLAIM

**Print Name:** Alexa Guttormson

1. I hereby consent to participate in a collective action lawsuit against **Sunburst Consulting, Inc.** (and its related entities) to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at BRUCKNER BURCH PLLC as my attorneys to prosecute my wage claims.

4. I authorize the law firm and attorneys at BRUCKNER BURCH PLLC to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against the company.

**Signature:** _Alexa Guttormson_ (DocuSigned by: 9B448FAE7ECA458...)

**Date Signed:** 10/17/2016

**EXHIBIT 1**