IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BROCK BAKER, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>SUNBURST CONSTULTING, INC.,<br><br>      Defendant. | CV 16-124-BLG-SPW-TJC<br><br>**ORDER GRANTING MOTION FOR ATTORNEY DAVID I. MOULTON TO APPEAR PRO HAC VICE** |

  Plaintiff moves for the admission of David I. Moulton to practice before this Court in this case with Philip McGrady to act as local counsel. (Doc. 20.) The application appears to be in order.

  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit David I. Moulton pro hac vice is GRANTED on the condition that Mr. Moulton shall do his own work. This means that Mr. Moulton must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Moulton may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly

admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Moulton.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Moulton, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

**IT IS ORDERED**.

DATED this 8th day of February, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge