IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS

| | | |
|---|---|---|
| BROCK BAKER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNBURST CONSULTING, INC.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | No. 1:16-cv-00124-SPW-TJC<br><br>**ORDER EXTENDING DEADLINES** |

The parties have jointly moved to vacate and reset the remaining deadlines in this case. Good cause appearing, IT IS ORDERED:

1. The August 25, 2017 discovery deadline, the August 25, 2017 deadline to request a settlement conference, and the September 15, 2017 motions deadline in the Scheduling Order dated November 14, 2016 are vacated.

2. The following deadlines govern all further pretrial proceedings:

| | |
|---|---|
| Discovery Deadline (discovery must be served so that responses are due on or before this date): | March 30, 2018 |

| | |
|---|---|
| Request for Settlement Conference: | March 30, 2018 |
| Motions Deadline (motions and moving briefs must be filed on or before this date): | May 25, 2018 |

DATED this 11th day of August, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge