IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

NOV 0 9 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| BROCK BAKER, on behalf of himself and all others similarly situated, | CV 16-124-BLG-SPW-TJC |
| Plaintiff, | ORDER |
| vs. | |
| SUNBURST CONSULTING, INC., | |
| Defendant. | |

Upon the Court's review and consideration of the Parties' Joint Motion to

Approve Settlement and Dismissal of Action (Doc. 71), and for good cause shown,

IT IS HEREBY ORDERED that:

1. The Parties' Joint Motion to Approve Settlement is **GRANTED**.

2. The Court finds that the agreed-upon terms and conditions of settlement

of the claims for relief in the Complaint are fair, reasonable, and adequate

compromise of the claims. Therefore, the Settlement Agreement is hereby

**APPROVED**.

3. The Parties shall proceed with the satisfaction of the Settlement

Agreement.

4. The Court retains jurisdiction to enforce the terms of the Settlement

Agreement.

1

5. This case is **DISMISSED** with prejudice, the parties to bear their own fees and costs as provided in the Settlement Agreement.

DATED this _8th_ day of November, 2018.

SUSAN P. WATTERS
United States District Judge